AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alito, Samuel A. | United States Supreme Court | 5/23/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Supreme Court
1 First Street, NE
Washington, DC 20544

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ABA Advisory Committee on the Law Library of Congress |
| 2. | Member | Honorary Board of the Franciscan Monastery of the Holy Land in the United States |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/23/2015 | University of Kentucky - Teaching | $6,000.00 |
| 2. 10/18/2015 | Duke University Law School - Teaching | $15,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 2/14 to 2/21 | Casa de Campo, Dominican Republic | Conference Participation | Transportation, Lodging, Meals |
| 2. | Fordham Law School Moot Court | 3/27 to 3/29 | New York, NY | Irving Kaufman Memorial Moot Court | Transportation, Lodging, Meals |
| 3. | American College of Trial Lwyers | 9/4 to 9/11 | London, England | UK-US Legal Exchange | Transportation, Lodging, Meals |
| 4. | Federalist Society | 9/18 to 9/21 | Dallas, TX | Speech | Transportation, Lodging, Meals |
| 5. | University of Kentucky | 9/23 to 9/25 | Lexington, KY | Teaching, Lecture | Transportation, Lodging, Meals |
| 6. | Duke Law School | 10/18 to 10/24 | Durham, NC | Teaching | Lodging and Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Alito, Samuel A. | 5/23/2016 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 7. | New York Historical Society | 11/13 to 11/15 | New York, NY | Film Program & Panel Discussion | Transportation, Lodging, Meals |
| 8. | Notre Dame Law School | 11/18 to 11/19 | South Bend, IN | Book Presentation & Discussion | Transportation, Lodging, Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Edward Jones | Personal line of credit for Trust 2 | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Vang. Tax Ex Mny Mkt Fund (y) | | | | | | | | | |
| 2. | Vang Inter Term Tax Ex Fund | D | Dividend | M | T | Buy (add'l) | 01/30/15 | L | | |
| 3. | | | | | | Buy (add'l) | 01/30/15 | M | | |
| 4. | Van LT Tax Ex Fund | A | Dividend | J | T | | | | | |
| 5. | Vang Star Mutual Fund | C | Dividend | K | T | | | | | |
| 6. | Vang Wellington Mut Fund | D | Dividend | M | T | | | | | |
| 7. | Vang Small Cap Stock Fund | B | Dividend | M | T | | | | | |
| 8. | Vang Total Stock Mkt Index F | C | Dividend | M | T | Buy (add'l) | 09/24/15 | J | | |
| 9. | Windsor II | B | Dividend | K | T | | | | | |
| 10. | Vanguard Tot Intl Stock Ix Admiral | C | Dividend | | | Buy | 02/12/15 | M | | |
| 11. | | | | | | Sold | 12/29/15 | M | | |
| 12. | Vanguard TE Mny Mkt | A | Dividend | M | T | | | | | |
| 13. | XOM Common Stock | | None | | | Sold | 02/03/15 | M | F | |
| 14. | Edward Jones Investment (Cash Account) | A | Int./Div. | J | T | | | | | |
| 15. | AES Corp | A | Dividend | J | T | | | | | |
| 16. | BHP Biliton PLC ADR | A | Dividend | J | T | Buy | 01/26/15 | J | | |
| 17. | Loccitane Luxembourg | A | Dividend | J | T | Buy | 06/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TJX Cos Inc | A | Dividend | J | T | Buy | 01/26/15 | J | | |
| 19. Vanguard Target Retirement Acct 2015 | A | Dividend | J | T | | | | | |
| 20. PNC Bank Accounts | A | Interest | K | T | | | | | |
| 21. Andrews Federal Credit Union | A | Interest | J | T | | | | | |
| 22. Carson Energy | A | Distribution | J | W | | | | | |
| 23. Edward Jones #1 (H) | | | | | | | | | |
| 24. - Tax Free MMkt | A | Dividend | J | T | | | | | |
| 25. - Fairfax Cnty VA Public Impt | A | Interest | | | Redeemed | 10/01/15 | J | A | |
| 26. - Fairfax Cnty VA Econ Dev Auth | A | Interest | J | T | | | | | |
| 27. - IN Local Pub Impt Bd Auth Rev | B | Interest | K | T | | | | | |
| 28. - Met WA DC Arpts Auth Sys Rev | A | Interest | K | T | | | | | |
| 29. - Stafford Cnty & Staunton VA | A | Interest | K | T | | | | | |
| 30. - Virginia Comwith Transn Brd | A | Interest | J | T | | | | | |
| 31. - VA St Res Auth Wtr & Swr Rev | A | Interest | J | T | | | | | |
| 32. - VA St Res Auth Wtr & Swr Sys | A | Interest | J | T | | | | | |
| 33. - Virginia Beach VA GO Pub Impt | B | Interest | L | T | | | | | |
| 34. - US Tips | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - 3M Co | A | Dividend | K | T | | | | | |
| 36. - Abbott Laboratories | A | Dividend | J | T | | | | | |
| 37. - Abbvie Inc | A | Dividend | K | T | | | | | |
| 38. - Automatic Data Processing Inc | A | Dividend | | | Sold | 03/02/15 | K | D | |
| 39. - Black Hills Corp | B | Dividend | K | T | | | | | |
| 40. - Boeing Co | A | Dividend | K | T | | | | | |
| 41. - Caterpiller Inc | A | Dividend | J | T | | | | | |
| 42. - Cdk Global Inc | A | Dividend | J | T | | | | | |
| 43. - ConocoPhillips | A | Dividend | J | T | | | | | |
| 44. - Cr Bard Inc | A | Dividend | L | T | Sold (part) | 11/03/15 | K | E | |
| 45. - E I Du Pont de Nemours & Co | A | Dividend | K | T | | | | | |
| 46. - Itc Holdings Corp | A | Dividend | K | T | | | | | |
| 47. - Jacobs Engineering Group Inc | | None | J | T | | | | | |
| 48. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 49. - Johnson Controls Inc | A | Dividend | J | T | | | | | |
| 50. - Merck & Co Inc. New | A | Dividend | K | T | | | | | |
| 51. - Molson Coors Brewing Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Mondelez International Inc | A | Dividend | J | T | | | | | |
| 53. - OGE Energy Corp | B | Dividend | L | T | | | | | |
| 54. - Oracle Corp | B | Dividend | L | T | | | | | |
| 55. - Parker Hannifin Corp | A | Dividend | K | T | | | | | |
| 56. - Phillips 66 | A | Dividend | K | T | | | | | |
| 57. - PNC Bank Corp | A | Dividend | K | T | | | | | |
| 58. - Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 59. - Schlumberger Limited | A | Dividend | J | T | | | | | |
| 60. - Sealed Air Corp | A | Dividend | K | T | | | | | |
| 61. - Sysco Corp | A | Dividend | | | Sold | 09/23/15 | J | B | |
| 62. - Target Corp | A | Dividend | | | Sold | 03/02/15 | K | C | |
| 63. - TJX Cox Inc | A | Dividend | K | T | | | | | |
| 64. - United Technologies Corp | A | Dividend | K | T | | | | | |
| 65. - Wpp PLC ADR | | None | | | Sold | 03/02/15 | K | D | |
| 66. - Kinder Morgan Inc. | A | Dividend | | | Sold | 12/28/15 | J | | |
| 67. - Van Guard FTSE All-Wrld Exus ETF | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Edward Jones #2 (H) | | | | | | | | | |
| 70. - Cash & Money Market | A | Dividend | J | T | | | | | |
| 71. - Ishares Russ McValue ETF | A | Dividend | K | T | Sold (part) | 11/03/15 | J | A | |
| 72. - Ishares Russ 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 11/03/15 | J | B | |
| 73. - Ishares Russ 1000 Value ETF | A | Dividend | K | T | | | | | |
| 74. - Ishares S&P 500 Growth ETF | A | Dividend | K | T | Sold (part) | 11/03/15 | J | B | |
| 75. - Ishares MSCI EAFE Value ETF | B | Dividend | L | T | Buy (add'l) | 01/29/15 | J | | |
| 76. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 77. - SPDR S&P Dividend ETF | B | Dividend | K | T | | | | | |
| 78. - Vanguard High Div Yield ETF | B | Dividend | L | T | | | | | |
| 79. - Vanguard Mid Cap Growth ETF | A | Dividend | K | T | Sold (part) | 11/03/15 | J | C | |
| 80. - Vanguard FTSE All-Wrld Exus ETF | B | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |
| 81. - American Century T/F Bd-Int | B | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |
| 82. - Franklin Fed Int Term T/F Inc | B | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |
| 83. - Franklin High Yield T/F Inc | B | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |
| 84. - MFS Municipal Income | B | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |
| 85. - T. Rowe Price Summit Muni Int | A | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - T. Rowe Price TE MMkt | A | Dividend | J | T | | | | | |
| 87. - Tax Exempt Bond Fund of America | B | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |
| 88. - Thornburg Limited Term Muni | B | Dividend | L | T | Buy (add'l) | 03/06/15 | J | | |
| 89. - Wells Fargo Adv S/T Muni Bd | A | Dividend | K | T | Buy (add'l) | 03/06/15 | J | | |
| 90. | | | | | | | | | |
| 91. Investment Account #3 (H) | | | | | | | | | |
| 92. - PNC Tax Exempt Money Market | A | Dividend | J | T | | | | | |
| 93. - Ishares 1-3 Year Treasury Bd ETF | B | Dividend | N | T | Buy (add'l) | 11/05/15 | M | | |
| 94. -Ishares Floating Rate Bd ETF | A | Dividend | | | Sold | 11/05/15 | M | | |
| 95. - SPDR Nuveen Barclays ST Muni Bd ETF | B | Dividend | N | T | Buy (add'l) | 11/05/15 | M | | |
| 96. - Ishares S&P 100 ETF | B | Dividend | L | T | Sold (part) | 07/24/15 | K | A | |
| 97. - Vanguard FTSE All World Ex-US Small-Cap ETF | A | Dividend | | | Sold | 11/05/15 | K | | |
| 98. - Vanguard FTSE All World Ex-US Index Fund | B | Dividend | K | T | | | | | |
| 99. - Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 07/24/15 | K | | |
| 100. - Vanguard FTSE Europe ETF | A | Dividend | K | T | | | | | |
| 101. - Vanguard Mid Cap ETF | A | Dividend | J | T | Buy | 11/05/15 | J | | |
| 102. - Vanguard Large Cap ETF | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Vanguard Growth ETF | A | Dividend | L | T | Buy (add'l) | 11/05/15 | K | | |
| 104.  - Vanguard Value ETF | B | Dividend | L | T | Buy (add'l) | 11/05/15 | K | | |
| 105.  - Vanguard Total Stock Market ETF | A | Dividend | | | Sold | 11/05/15 | L | C | |
| 106.  - Wisdomtree Large Cap Dividend Fd ETF | A | Dividend | J | T | Buy | 11/05/15 | J | | |
| 107.  - Blackrock Global Allocation Fd | C | Dividend | K | T | | | | | |
| 108.  -Dodge & Cox Int'l Stock Fd | A | Dividend | K | T | Buy (add'l) | 07/24/15 | J | | |
| 109.  -Goldman Sachs Eq Div Prem Is Fd | A | Dividend | K | T | Buy | 07/24/15 | K | | |
| 110.  -Vanguard Int'l Valu Fd | A | Dividend | K | T | Buy (add'l) | 07/24/15 | J | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113.  Traditonal IRA (H) | | | | | | | | | |
| 114.  - Capital World Growth & Income Fund CLA | A | Dividend | J | T | | | | | |
| 115.  - Eaton Vance Mutual Funds Trust Gov't Oblig LC A | A | Dividend | J | T | | | | | |
| 116.  - Goldman Sachs Growth & Incom Strategy Fund CL A | A | Dividend | J | T | | | | | |
| 117.  - Incom Fund of America CL A | A | Dividend | J | T | | | | | |
| 118.  - Putnam Dynamic Asset- Allocation Growth Fund CL A | A | Dividend | J | T | | | | | |
| 119.  - Putnam Dynamic Asset Allocation Balanced Fund CL A | A | Dividend | J | T | Sold (part) | 12/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121.  Mineral Interest, Grady Cnty, OK | | None | L | W | | | | | |
| 122.  Prudential Financial Inc. | A | Dividend | | | Sold | 01/23/15 | J | B | |
| 123.  Apache Corp (x) | | None | | | Sold | 12/30/15 | K | | |
| 124. | | | | | | | | | |
| 125.  Estate (H) | | | | | | | | | Note in Section VIII |
| 126.  - AT&T Inc | A | Dividend | | | | | | | |
| 127.  - Bristol Myers Squibb Co (y) | | | | | | | | | |
| 128.  - Exxon Mobil Corp | B | Dividend | | | | | | | |
| 129.  - General Electric Co | B | Dividend | | | | | | | |
| 130.  - Procter & Gamble (y) | | | | | | | | | |
| 131.  - Verizon Communications | A | Dividend | | | | | | | |
| 132.  - Vodafone Group | A | Dividend | | | | | | | |
| 133.  - Zimmer Hldgs Inc (y) | | | | | | | | | |
| 134.  - Morgan Stanley Bank N.A. (y) | | | | | | | | | |
| 135.  - American Electric Power | A | Dividend | | | | | | | |
| 136.  - Appache Corp | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 5/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets listed on lines 126 to 135 were distributed on 3/3/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Samuel A. Alito

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544